## FIGUEREDO CHEVROLET, INC. v SABATINO
### Case No. 85-373 AP
Eleventh Judicial Circuit, Appellate Division, Dade County
December 12, 1986

### APPEARANCES OF COUNSEL

**James D. Adams, Quinton, Lummus, Dunwody & Adams, P.A.,** for appellant.

**James R. Sabatino, Sabatino & Spindel,** for appellee.

Before SIMONS, TENDRICH, DONNER, JJ.

### OPINION OF THE COURT

PER CURIAM.

Appellant appeals the Final Judgment which held that there was a

165

breach of warranty and assessed damages in the amount of costs necessary to convert the automobiles to the particular type of model the dealer had represented it to be. We find no error as to the finding that there was a breach of warranty. The proper element of damages should have been the "market value of the merchandise received as opposed to that which had been promised." See *Carter Hawley Hale Stores v. Conley*, 372 So.2d 965 (Fla. 3d DCA 1979).

The cause is remanded for re-trial on the issue of damages only.

AFFIRMED in part and REVERSED in part.